**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Edmond Charles BURKE,**
**Defendant-Appellant**

No. 16-11687
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed October 18, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Edmond Charles Burke, Pro Se

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edmond Charles Burke has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Burke has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.